UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

"UNDER SEAL"

FILED
CHARLOTTE, N. C.
APR 2 8 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR376-C |
| | ) | |
| v. | ) | |
| | ) | MOTION TO SEAL |
| (1) GEORGE DIRI "G" | ) | |
| (2) RICO AERY | ) | |
| (5) ZAYED DIRI "Z" | ) | |
| | ) | |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, and moves the Court, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure, that upon the return and filing of the Second Superseding Bill of Indictment in the above-numbered cause, the Second Superseding Bill of Indictment and any documents filed later in this cause be sealed until further order of this Court.

RESPECTFULLY SUBMITTED this the 28th day of April, 2006.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

*/s/ Kenneth M. Smith*
KENNETH M. SMITH
ASSISTANT UNITED STATES ATTORNEY