UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

"UNDER SEAL"

FILED
CHARLOTTE, N.C.
APR 28 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05CR376-C |
| ) | |
| v. ) | |
| ) | **ORDER TO SEAL** |
| (1) GEORGE DIRI "G" ) | |
| (2) RICO AERY ) | |
| (5) ZAYED DIRI "Z" ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Second Superseding Bill of Indictment in the above-numbered case and all subsequently filed documents be sealed, pursuant to Rule 6(e)(4) of the Federal Rules of Criminal Procedure;

AND IT APPEARING to the Court that said Rule provides for the sealing of such documents and that the interest of justice would be served thereby;

NOW, THEREFORE, IT IS ORDERED that immediately upon the return and filing of the Second Superseding Bill of Indictment in the above-numbered cause, the Second Superseding Bill of Indictment, the Motion to Seal, this Order, and all subsequently filed documents be sealed pending a further order from this Court.

SO ORDERED this the 28th day of April, 2006.

Carl Horn, III

UNITED STATES MAGISTRATE JUDGE