IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05-CR-00376-RJC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GEORGE E. DIRI (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon vacatur of the defendant's sentence pursuant to 28 U.S.C. § 2255. (Doc. No. 232: Order).

**IT IS, THEREFORE, ORDERED** that the United States Marshal have George E. Diri (Reg. No. 20603-058) present in Charlotte, North Carolina forthwith, but not later than January 21, 2020, at 2 p.m. for a sentencing hearing.

The Clerk is directed to certify copies of this Order to the defendant; counsel for the defendant; the United States Attorney; the United States Probation Office; and the United States Marshals Service.

Signed: December 13, 2019

_____
Robert J. Conrad, Jr.
United States District Judge